THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER BUCHANAN, Appellant, *v.* EDWARD B. CANTINE, as Commissioner of Public Safety of the City of Albany, Respondent.

*People ex rel. Buchanan* v. *Cantine,* 96 App. Div. 631, appeal dismissed. (Argued November 15, 1904; decided November 29, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 1, 1904, which dismissed a writ of certiorari to review the determination of the defendant in removing the relator from the office of sergeant of police.

*Charles H. F. Reilly* for appellant.

*Arthur L. Andrews, Corporation Counsel,* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.